No. 79–45. LEWIS, COMPTROLLER OF FLORIDA v. BT INVESTMENT MANAGERS, INC., ET AL. Appeal from D. C. N. D. Fla. Probable jurisdiction noted.

No. 79–134. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC. v. PUBLIC SERVICE COMMISSION OF NEW YORK. Appeal from Ct. App. N. Y. Probable jurisdiction noted.

No. 78–1604. CENTRAL MACHINERY CO. v. ARIZONA STATE TAX COMMISSION. Appeal from Sup. Ct. Ariz. Probable jurisdiction noted, and case set for oral argument in tandem with No. 78–1177, *White Mountain Apache Tribe* v. *Bracker* [certiorari granted, *infra*, p. 823].

No. 78–1693. UNITED STATES v. CLARKE ET AL. C. A. 9th Cir. Certiorari granted.

No. 78–1729. UNITED STATES v. PAYNER. C. A. 6th Cir. Certiorari granted.

No. 78–1779. OWEN v. CITY OF INDEPENDENCE, MISSOURI, ET AL. C. A. 8th Cir. Certiorari granted.

No. 78–1793. ROBERTS v. UNITED STATES. C. A. D. C. Cir. Certiorari granted.

No. 78–1815. ANDRUS, SECRETARY OF THE INTERIOR v. SHELL OIL CO. ET AL. C. A. 10th Cir. Certiorari granted.

No. 78–1821. UNITED STATES v. MENDENHALL. C. A. 6th Cir. Certiorari granted.